```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    CRIMINAL NO. 12-118 (JRT/LIB)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|        Plaintiff, | ) | NOTICE OF ADDING AN |
| | ) | ATTORNEY IN A |
|   v. | ) | CRIMINAL CASE |
| | ) | |
| JESUS GUADALUPE HERRERA MACHACA, ET AL., | ) | |
| | ) | |
|        Defendants. | ) | |

The following criminal case is adding an Assistant United States Attorney as follows:

<u>Criminal No.</u>

12-118 (JRT/LIB)

<u>Defendant Name</u>

Jesus Guadalupe Herrera Machaca, et al.

<u>Add AUSA</u>

Julie E. Allyn

Dated: June 26, 2012

                                        B. TODD JONES
                                        United States Attorney

                                        s/ Julie E. Allyn

                                        BY: JULIE E. ALLYN
                                        Assistant U.S. Attorney
                                        Attorney ID No. 256511