UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-118 (7) (JRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.     **NOTICE OF APPEARANCE**

CHRISTOPHER WESSELS,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Katharine T. Buzicky

Dated: August 17, 2021      Respectfully submitted,

W. ANDERS FOLK
Acting United States Attorney

s/ *Katharine T. Buzicky*

BY:  KATHARINE T. BUZICKY
Assistant U.S. Attorney
Attorney ID No. 671031