UNITED STATES DISTRICT COURT

Dear Hon. Judge Tunheim,

    I am writing this letter as a rebuttal to the prosecution's response to my motion for compassionate release. I understand that it is the prosecutors job to make me sound as bad as possible in order to stop my motion from being granted. When they lie about things in order to make what I say untrue, it doesn't sit well with me.

    I have a few things I need to clarify for you. 1.) The prosecutor said I have served "about" half of my sentence. I want to say that I have served 10 months over the halfway point of my sentence. In fact, I only have 4 years left to serve, plus I qualify for the Residental Drug Treatment Program and am eligible for the year off. That combined with the minimal 6 month halfway house I am actually scheduled to be potentially released in roughly 2 years. The word "about" suggest not quite. It was also said that I don't have supporting evidence that my parents health is the way I said it was. I have had both of my parents medical records sent in and I know that my federal public defender has them so there is no reason why the prosecutor has not seen them. Since their records are the most critical part of my argument for compassionate release. Please take a look at their medical records before you make a decision, you will see for yourself how frail my parents are.

    It was also said that I have not proved that I am the only available caregiver and haven't evn addressed it. I want to address that now. I am an only child between my two parents but there is one half brother who works 50 hours or more a week out of town and a half sister who lives in Wyoming. She doesn't even know my children and to have them move there would be wrong. She has her own life and family going on out there and my children are going to school and have friends in Albert Lea Minnesota. There is no one else.

    It was also said that I am still a danger to the community. I would like to say that I am in no way a violent person or danger to the communiy. I was addicted to Meth 9 years ago and have been sober every since 2012. I have had a job and have been taking college classes my whole time incarcerated. In fact, I am currently classified as a low level custody inmate who is

RECEIVED NOV 05 2021 CLERK, U.S. DISTRICT COURT MINNEAPOLIS MINNESOTA

SCANNED NOV 05 2021 U.S. DISTRICT COURT MPLS

scheduled to be sent to a low level custody facility. This would not be possible if I was a threat to the community, the BOP has safe guards in place such as management variables for inmates who are deemed threats to the community, i.e. public safety factors. There is no way I will ever go back to using drugs again, because I have two daughters now that I didn't have when I was using.

I also understand that if a court grants a sentence reduction it may "impose a term of supervised release with or without conditions that does not exeed the unserved portion of the original term of imprisonment" § 3582(c)(1)(A). In imposing a term of supervised release, the court may impose a period of home confinement as a condition of supervised release, provided that the court finds that home confinement is a "substitute for imprisonment" U.S.S.G. § 5F1.2; See 18 U.S.C. § 3583(d). Alternatively, a court may consider modifying an existing term of supervised release to add a period of home confinement consistant with U.S.S.G. § 5F1.2, See § 3583(e)(2).

This would make it possible for me to be there to take care of my children and relieve the stress it is causing on my already frail parents since they need help just as much as my children do. Please take a look at there medical records before you decide, and note that my mother just fell down and had to be life flighted in a helicopter to have emergency surgery on her neck & spine and now has no feeling in her hands. My father has a nerve condition called neuropathy where he has a lost feeling in his hands & feet and is not even strong enough to hang a hanger in the closet due to his numerous shoulder surgeries.

According to the legal definition of the word "incapacitated" my parents are both legally incapacitated and are my childrens primary caregivers. For this reason I should be able to receive compassionate release.

This term means that a person cannot perform there usual functions or duties due to mental or physical disabilities. My parents are both disabled and in an emergency situation are not able to react putting my children and parents safety at risk. They need someone else in there household and that person should be me your

2

honor. Please see that my adult record reflects that I am only a person that has had a drug problem and nothing else. I don't rob people or mess with weapons of any kind, and am in no way a danger to society.

Dated: October 27, 2021

Sincerely Written

/S/ Chris Wessels
Chris Wessels